**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

|  |  |
|---|---|
| Constance Henry, on behalf of herself and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>O Positiv, Inc.,<br>　　　　　　Defendant. | Case no. 1:24cv13276<br><br>**NOTICE OF SETTLEMENT** |

　　**PLEASE TAKE NOTICE,** that the above-entitled action has been settled in principle. The parties are currently in the process of finalizing settlement terms and conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next forty-five (45) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties forty-five (45) days to finalize settlement.

　　Dated: February 16, 2025

　　　　　　　　　　　　　　　　　　　　　　By: */s/ David Reyes*
　　　　　　　　　　　　　　　　　　　　　　David Reyes, Esq.
　　　　　　　　　　　　　　　　　　　　　　ASHER COHEN PLLC
　　　　　　　　　　　　　　　　　　　　　　2377 56th Dr,
　　　　　　　　　　　　　　　　　　　　　　Brooklyn, New York 11234
　　　　　　　　　　　　　　　　　　　　　　T: (630) 478-0856
　　　　　　　　　　　　　　　　　　　　　　E:dreyes@ashercohenlaw.com
　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*